UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SWANSON, | Case No. 25-cv-02994-SI (SI) |
| Plaintiffs, | |
| v. | **PRETRIAL PREPARATION ORDER (CIVIL)** |
| TR MISSION MANAGEMENT LLC, | |
| Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Settlement Conference with Random Magistrate to be completed by the second half of May 2026.

FURTHER CASE MANAGEMENT: 3/13/2026 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/19/2025

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/29/2026.

DESIGNATION OF EXPERTS: 6/12/2026; REBUTTAL: 6/24/2026;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/24/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/14/2026;
        Opp. Due: 8/28/2026; Reply Due: 9/4/2026;
        and set for hearing no later than 9/18/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  10/6/2026
PRETRIAL CONFERENCE DATE: 10/20/2026 at 1:30 PM.

JURY TRIAL DATE: 11/2/2026 at 9:00 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

United States District Court
Northern District of California

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

   **IT IS SO ORDERED**.

Dated: November 7, 2025

                _____
                SUSAN ILLSTON
                United States District Judge

United States District Court
Northern District of California